FILED

JAN 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DIEGO LYTHELL ANDERSON,<br><br>　　Defendant.<br>_____ | No. CR 11-00938 SBA (DMR)<br><br>DETENTION ORDER |

I. DETENTION ORDER

Defendant Diego Lythell Anderson is charged in an indictment with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). On January 5, 2012, the United States moved for Mr. Anderson's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. On January 10, 2012, defense counsel requested a postponement of the detention hearing in order to contact potential sureties. Defendant thus waived the timing of his right to proffer information in support of his pretrial release, see 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to

DETENTION ORDER
CR 11-00938 SBA (DMR)                                           1

cc: Copy to parties via ECF, Lisa, Pret. Svcs, 2 Certified Copies to US Marshal

present information by proffer or otherwise), and retained his right to make a proffer at a later proceeding. The Court did not take proffers from either party, and will reschedule a detention hearing upon request.

## II. CONCLUSION

The Court detains Mr. Anderson at this time. Because Defendant waived the timing of his right to present information under 18 U.S.C. § 3142(f) without prejudice, the Court orders that the hearing may be rescheduled at Defendant's request.

Mr. Anderson shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 10, 2012

DONNA M. RYU
United States Magistrate Judge