1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DIEGO ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-11 00938 SBA
                                      )
12 |                  Plaintiff,      )
                                      )   STIPULATION AND ORDER
13 | vs.                              )   CONTINUING MOTION HEARING
                                      )
14 | DIEGO ANDERSON,                  )
                                      )
15 |                  Defendant.      )
   | _____ )
16

17     On the Court's motion, this matter presently is set for hearing on Diego Anderson's

18 motion to suppress evidence on April 10, 2012. Defense counsel will be out of town the week of

19 April 9, 2012, and therefore unavailable to attend the hearing.

20     For this reason, IT IS STIPULATED AND AGREED that the motion hearing or decision

21 date be continued to April 17, 2012, and that time under the Speedy Trial Act shall continue to

22 be excluded, to and including April 17, 2012, under 18 U.S.C. § 3161(h)(1)(D) as the Court

23 presently has Mr Anderson's motion to suppress under consideration.

24     SO STIPULATED.

25

26

STIP/ORD                              1

1  Dated: March 27, 2012                           /s/
2                                          _____
                                           JEROME E. MATTHEWS
3                                          Assistant Federal Public Defender

4  Dated: March 27, 2012                           /s/
5                                          _____
                                           CHRISTINA MCCALL
6                                          Assistant United States Attorney

7

8     Good cause appearing therefor, IT IS ORDERED that the hearing on Diego Anderson's

9  motion to suppress evidence, presently scheduled for April 10, 2012, be continued to April 17,

10 2012, and that time under the Speedy Trial Act shall continue to be excluded, to and including

11 April 17, 2012, under 18 U.S.C. § 3161(h)(1)(D) as the Court presently has Mr Anderson's

12 motion to suppress under consideration.

13

14 Dated: March 29, 2012                     _Saundra B Armstrong_____
                                           SAUNDRA BROWN ARMSTRONG
15                                         United States District Judge

STIP/ORD                              2