MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, CA  94612
Telephone: (510) 637-3717
Fax: (510) 637-3724
E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00938 SBA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 28, 2012 |
| DIEGO LYTHELL ANDERSON, | |
| Defendant. | |

On August 13, 2012, the Court denied defendant's motion to suppress evidence all evidence seized from him at the time of his arrest.  At the conclusion of the order, the case was referred to the duty magistrate judge for status or trial setting.  The parties request that this Court set this matter for status conference or trial setting on August 28, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and August 28, 2012.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

STIPULATION AND EXCLUSION OF TIME
CR 11-00938 SBA

(B)(iv).

Such continuance is required because defense counsel needs time to review the order with his client, and research available options for potential trial or appeal. During this time, government counsel is researching options for, and preparing for, a variety of approaches, including: a stipulated facts bench trial; a full jury trial; or a conditional guilty plea offer. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between the date of this stipulation and August 28, 2012 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 15, 2012          Respectfully submitted,

MELINDA HAAG
United States Attorney

_/s/ Christina McCall_
CHRISTINA McCALL
Assistant United States Attorney

_/s/ Jerome Matthews_
JEROME MATTHEWS
Attorney for Diego Lythell Anderson

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is set on August 28, 2012 before the duty magistrate judge at 9:30 a.m., and time is excluded from the date of this stipulation until August 28, 2012.

**IT IS SO ORDERED.**

DATED:      8/15/12

SAUNDRA B. ARMSTRONG
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 11-00938 SBA

2