STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant DIEGO ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11 00938 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RELEASING DEFENDANT |
| vs. | ) | |
| | ) | |
| DIEGO ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing therefor, IT IS ORDERED that the United States Marshal release

defendant Diego Anderson from custody forthwith.

Dated: 30 November 2012

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

RELEASE ORD                               1